IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :

v.                              :        CRIMINAL NO. 97-393-13

ALEX URICOCHEA PULIDO           :

## ORDER

AND NOW, this 14th day of September, 2010, upon consideration of the Government's Motion to Dismiss Indictment and Quash the Arrest Warrant, it is hereby

ORDERED

that Indictment No. 97-393-13, as it relates to the above-captioned defendant, is dismissed without prejudice. It is further ordered that the warrant issued for the arrest of defendant is hereby QUASHED.

BY THE COURT:

_____
HONORABLE JOHN P. FULLAM
*Senior Judge, United States District Court*

Copies – Statistics
Thomas Perricone, AUSA
Rocco C. Cipparone, Esq.
Speedy Trial
Marshal Service